# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEJEARNETTE M. SANDERS,

    Plaintiff,

v.

NANCY BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 4:16-cv-02160

(Judge Brann)

## ORDER

**AND NOW**, this 28th day of February 2018, having conducted a de novo review, and the Defendant having waived the opportunity to file an opposition brief in response to the report and recommendation of the magistrate judge, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s December 11, 2017 Report and Recommendation, ECF No. 16, is ADOPTED in full.

2. The decision of the Commissioner of Social Security is VACATED and REMANDED.

3. Judgment is entered in favor of Plaintiff and against Defendant.

4. The Clerk of Court is directed to close the case file.

---

[1] The complaint correctly named Carolyn W. Colvin as Defendant as she was the Acting Commissioner of Social Security at the time the complaint was filed. As of January 23, 2017, Nancy Berryhill is the Acting Commission of Social Security.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge